No. 88–902.  BERSANI ET AL. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.; and

No. 88–929.  ROBICHAUD ET AL. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 2d Cir.  Motions of

National Association of Home Builders et al., American Planning Association, Chamber of Commerce of the United States, and Louisiana Landowners Association, Inc., for leave to file briefs as *amici curiae* in No. 88–902 granted. Motions of Pacific Legal Foundation et al. and American Association of Port Authorities for leave to file briefs as *amici curiae* granted. Certiorari denied. Reported below: 850 F. 2d 36.